IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SLEEKEZ, LLC

      Plaintiff

v.

EQUIGROOMER, LLC

      Defendant

Civil Case No. 1:22-cv-00149

## DECLARATION OF CHERYL DAUPHIN

I, Cheryl Dauphin, hereby declare:

1. I am the founder and owner of EquiGroomer, LLC (hereinafter "EquiGroomer"), the Defendant in the above-captioned case.

2. EquiGroomer is organized under the laws of Connecticut and has a place of business at 60 Belamose Ave, Rocky Hill, CT, 06067-3773. EquiGroomer is not organized or incorporated in Colorado.

3. EquiGroomer does not have or maintain a physical place of business in Colorado. EquiGroomer does not own or rent any real or personal property in Colorado. All of EquiGroomer's manufacturing, including the manufacturing of the EquiGroomer and EasyGroomer shedding brushes, is performed in Connecticut, Massachusetts and/or New Hampshire. None of EquiGroomer's manufacturing is performed in Colorado.

4. EquiGroomer does not have any employees that reside or work in Colorado.

5.      EquiGroomer does not conduct substantial business in Colorado.  EquiGroomer sells products globally to customers through e-commerce websites www.equigroomer.com and www.amazon.com[1], which are directed to the world at large with no specific aim or focus at Colorado.  EquiGroomer sells products globally to approximately seventy five (75) third party distributors and retailers.  Only two (2) of those approximately seventy five (75) third party distributors and retailers are located in Colorado (collectively hereinafter "the two Colorado Third Party Retailers").  The volume of EquiGroomer's sales to the two Colorado Third Party Retailers is marginal in comparison to EquiGroomer's total sales.  The following table identifies the approximate percentage of EquiGroomer's total retailer annual sales revenue[2] that is attributed to sales to the two Colorado Third Party Retailers for the years 2017-2022:

| Year | Approximate % of Retailer Total Sales to the Two Colorado Third Party Retailers |
|---|---|
| 2017 | 0.60% |
| 2018 | 0.41% |
| 2019 | 1.71% |
| 2020 | 0.39% |
| 2021 | 0.19% |
| 2022 (as of March 23, 2022) | 0.63% |

---

[1] https://www.amazon.com/s?me=A3L463AT7C12NG&marketplaceID=ATVPDKIKX0DER
[2] Sales to Colorado customers through the internet or otherwise by other third party retailers not located in Colorado, including Amazon, are permitted, but are not included in the table.

24014808.1

6.      EquiGroomer has no ownership interest and no control over the two Colorado Third Party Retailers.  EquiGroomer has no control over how the Two Colorado Third Party Retailers do business on a day-to-day basis at any physical place in Colorado.

7.      The following table identifies the approximate percentage of direct sales to Colorado customers:

| Year | Approximate % of Direct Sales to Colorado Customer Sales |
|---|---|
| 2017 | 1.29% |
| 2018 | 1.77% |
| 2019 | 1.73% |
| 2020 | 1.07% |
| 2021 | 1.20% |
| 2022 (as of March 30, 2022) | 1.01% |

8.      The following table identifies the approximate percentage of total sales shipped to Colorado by EquiGroomer (third party retailer and direct):

| Year | Approximate % of Direct Sales to Colorado Customer Sales |
|---|---|
| 2017 | 0.66% |
| 2018 | 0.51% |
| 2019 | 1.72% |

| 2020 | 0.42% |
|------|-------|
| 2021 | 0.23% |
| 2022 | 0.72% |

9. There would be a burden on my business, EquiGroomer, and on me, personally, if I were required to testify in this case in Colorado.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 6, 2022.

_____

Cheryl Dauphin